# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JASON DENT,

        Plaintiff,

v.                                                           Case No. 5:19-cv-285-Oc-32PRL

WILLIAM BARR, et al.,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate housed at a federal penitentiary in Pennsylvania, is proceeding pro se on a motion for an emergency injunction (Doc. 1). He claims that budget cuts in 2008 have resulted in "a ultra violent environment" in the Bureau of Prisons, and he lists the number of inmate murders from 2008 to 2016. He alleges that the BOP has paid private prisons millions of dollars, and that rehabilitation is not the "goal for inmates anymore only warehousing." He further alleges that a memo was "leaked" in 2018 stating "Trump Ad[min] to Boost Use of Private Prisons While Slashing Federal Staff." According to Plaintiff, "[t]o accomplish this goal[,] the BOP eliminated the placement of inmates in Half Houses which keeps the BOP facilities packed over capacity which justifies their (BOP) reasons for placing BOP inmates in private prisons which was the BOP plan since 2008." Thus, he seeks an injunction directing the U.S. Attorney General and the BOP Assistant Director to stop spending

money on private prisons, to cease the spending of less money on BOP operated facilities, and to stop the current policies.[1]

This case is due to be dismissed and Plaintiff's request for an injunction is due to be denied. Plaintiff has not properly initiated a case in this Court. To do so, he must file a complaint on the Court's approved form. The form requires a plaintiff to include detailed information regarding the defendant(s) a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests. Additionally, his motion fails to comply with the Federal Rules of Civil Procedure and the Court's Local Rules governing requests for injunctive relief. See Fed. R. Civ. P. 65; Local Rules 4.05 and 4.06. Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 19th day of June, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

---

[1] Plaintiff filed the same motion in the Eastern District of Kentucky (case no. 6:19-142, dismissed on June 17, 2019); the Eastern District of Texas, Beaumont Division (case no. 1:19-cv-249); the Eastern District of Texas, Marshall Division (case no. 2:19-cv-215); the Northern District of Georgia (case no. 1:19-cv-2637); the Eastern District of Pennsylvania (case no. 2:19-cv-2445); and the District of Maryland (case no. 8:19-cv-1678).

JAX-3 6/17
c:
Jason Dent